UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHIEF OF STAFF LLC, Individually and on Behalf of All Others Similarly Situated, | * * * | Civil Action No. 1:20-cv-03169 |
| Plaintiff, | * * | JUDGE GARY S. FEINERMAN |
| vs. | * * | |
| HISCOX INSURANCE COMPANY INC., | * * * | MAGISTRATE JUDGE MARIA VALDEZ |
| Defendant | * * | **ORAL ARGUMENT REQUESTED** |

* * * * * * * * * * * * * * * * * *

**DEFENDANT HISCOX INSURANCE COMPANY, INC.'S
RULE 12(b)(6) MOTION TO DISMISS**

Defendant Hiscox Insurance Company, Inc. ("Hiscox") moves the Court to dismiss the first amended complaint filed by plaintiff Chief of Staff, LLC ("COS"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In this insurance-coverage dispute, COS seeks payment for coronavirus-related business interruption losses, but, as explained more fully in the accompanying memorandum and attached exhibits, COS's policy does not cover, and in fact excludes, the losses as a matter of law.

Considering Hiscox's arguments and its supporting exhibits, this court should find COS has failed to state a claim for relief on behalf of itself or the purported class as a matter of law and dismiss COS's first amended class-action complaint.

Respectfully submitted,

Defendant Hiscox Insurance Company, Inc.

/s/Peter J. Valeta
Peter J. Valeta (3128282)
Wendy N. Enerson (6272377)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Phone: (312) 474-7981
Phone: (312) 382-3162
Email: pvaleta@cozen.com
         wenerson@cozen.com

Judy Y. Barrasso, La. Bar No. 02814 (PHV)
Celeste Coco-Ewing, La. Bar No. 25002 (PHV)
Chloé M. Chetta, La. Bar No. 37070 (PHV)
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Main: 504-589-9700
Email: jbarrasso@barrassousdin.com
         ccoco-ewing@barrassousdin.com
         cchetta@barrassousdin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing to:

*Attorneys for Plaintiffs:*

Frank Anthony Richter
Robbins Geller Rudman & Dowd
200 S. Wacker
31st Floor
Chicago, IL 60606
312-674-4674
Email: frichter@rgrdlaw.com

James E Barz
Robbins Geller Rudman & Dowd LLP
200 S. Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 674-4674
Email: jbarz@rgrdlaw.com

Stephen A Weiss
Seeger Weiss LLP
77 Water Street - 8th Floor
New York, NY 10005
212-584-0700
Email: sweiss@seegerweiss.com

Stuart Andrew Davidson
Robbins Geller Rudman & Dowd Llp
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
Email: sdavidson@rgrdlaw.com

                    /s/ Peter J. Valeta_____