

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Stephen A. Weiss

Firm   Seeger Weiss LLP

Street Address   55 Challenger Road, 6th Floor

City/State/Zip Code   Ridgefield Park, NJ 07660

Phone Number   (212) 584-0700

Email address   sweiss@seegerweiss.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:20-cv-03142 | Barn Investment LLC v. Socie | Edmond E. Chang |
| 1:20-cv-05965 | InRe: Society Insurance | Edmond E. Chang |
| 1:20-cv-03169 | Chief of Staff v. Hisox | Gery Feinerman |
|  |  |  |
|  |  |  |
|  |  |  |

s/ Stephen A. Weiss                                      2/8/2021
_____              Date
Signature of Attorney

Rev. 01272016