# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHIEF OF STAFF LLC,<br><br>                                   Plaintiff,<br><br>v.<br><br>HISCOX INSURANCE COMPANY INC.,<br><br>                                   Defendant. | Civil Action No. 1:20-cv-03169<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chief of Staff LLC voluntarily dismisses this action without prejudice and without costs to any party. Neither an answer to the complaint nor a motion for summary judgment has been served.

Dated: May 21, 2021

                                                                         SEEGER WEISS LLP
                                                                         Attorneys for Plaintiff

                                                                         By: /s/ Stephen A. Weiss
                                                                         STEPHEN A. WEISS

                                                                         Stephen A. Weiss
                                                                         Christopher L. Ayers
                                                                         55 Challenger Road, 6th Floor
                                                                         Ridgefield Park, NJ 07660
                                                                         Tel: (973) 639-9100

                                                                         James E. Cecchi
                                                                         Lindsey J. Taylor
                                                                         CARELLA, BYRNE. CECCHI, OLSTEIN,
                                                                         BRODY & AGNELLO
                                                                         5 Becker Farm Road
                                                                         Roseland, NJ 07068
                                                                         Tel: (973) 994-1700

Frank Anthony Richter
ROBBINS GELLER RUDMAN & DOWD LLP
200 S. Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications to:

Peter J. Valeta
Wendy N. Enerson
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 474-7981
Email: pvaleta@cozen.com
wenerson@cozen.com


Judy Y. Barrasso
Celeste Coco-Ewing
Chloé M. Chetta
BARRASO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Tel: (504) 589-9700
Email: jbarrasso@barrassoudin.com
ccoco-ewing@barrassoudin.com
cchetta@barrassousdin.com


*/s/ Stephen A. Weiss*
Stephen A. Weiss